Ex parte JOHN N. GONSHOR.

No. A-7637.  Opinion Filed July 24, 1930.
(290 Pac. 358.)

W. D. Halfhill, for petitioner.

J. Berry King, Atty. Gen., for respondent.

EDWARDS, P. J.  This is an original proceeding in habeas corpus, the facts involved are similar to those in the case of In re Habeas Corpus of David M. Reynolds,

48 Okla. Cr. 189, 290 Pac. 357, just decided. Foor the reasons there stated, the case is dismissed.

DAVENPORT, J., concurs. CHAPPELL, J., absent, not participating.